

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:18-MJ-00518-2 |
| Ruben Sulivan Tuazon, Jr., | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Government_, IT IS ORDERED that a detention hearing is set for _Tuesday_, _3/13/18_, at _1:30_ ☐a.m. / ☒p.m. before the Honorable _Steve Kim_, in Courtroom _23 (3rd Fl., Spring Street)_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: March 9, 2018

Steve Kim, U.S. Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)   Page 1 of 1